# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 24-mj-02080-DPR |
| | ) | |
| ZACHARY WALKER, | ) | |
| | ) | |
| Defendant. | ) | |

## ENTRY OF APPEARANCE

Comes now Steven R. Berry, Assistant Federal Public Defender, and hereby enters his appearance as counsel on behalf of Defendant, Zachary Walker, in the above-entitled cause of action.

Respectfully submitted,

*/s/ Steven R. Berry*
**STEVEN R. BERRY, #48586**
Assistant Federal Public Defender
901 St. Louis Street, Suite 801
Springfield, Missouri 65806
(417) 873-9022
Attorney for Defendant

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 13th day of November, 2024, the foregoing document

was electronically filed with the Clerk of the Court using the CM/ECF system, which

sent e-mail notification of such filing to all CM/ECF participants in this case.

*/s/ Steven R. Berry*
**STEVEN R. BERRY**