# United States District Court
### for the
Western District of Missouri

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   25-03057-01-CR-S-BP |
| **Zachary Walker** | ) | |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

     I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

     After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date:  __5/8/2025__

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

**Steven Berry**
*Printed name of defendant's attorney*

_____
*Judge's signature*

__Willie J. Epps, Jr., United States Magistrate Judge__
*Judge's printed name and title*