IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ZACHARY M. WALKER,<br>[DOB: 08/19/1986],<br><br>　　　　　　Defendant. | No. 25-03057-01-CR-S-BP<br><br>**COUNT 1**<br>18 U.S.C. § 2115<br>NMT 5 Years Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years Supervised Release<br>Class D Felony<br><br>**COUNT 2**<br>18 U.S.C. § 1708<br>NMT 5 Years Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years Supervised Release<br>Class D Felony<br><br>**FORFEITURE ALLEGATION**<br>18 U.S.C. § 981(a)(1)(C)<br>28 U.S.C. § 2461<br><br>$200 Special Assessment ($100 for each Felony Offense) |

**INFORMATION**

THE UNITED STATES ATTORNEY CHARGES THAT:

COUNT 1

Between on or about July 9, 2024, said date being approximate, in Greene County, Missouri, within the Western District of Missouri, the defendant, **ZACHARY M. WALKER**, did forcibly break into a United States Post Office building located at 1442 South Glenstone, Springfield, Missouri, with the intent to commit a larceny in such United States Post Office building, all in violation of Title 18, United States Code, Section 2115.

## COUNT 2

On or about July 9, 2024, said dates being approximate, in Greene County, Missouri, within the Western District of Missouri, the defendant, **ZACHARY M. WALKER**, did receiving and unlawfully have in his possession a package of coins addressed to a person known as R.R., that had been addressed to be delivered to a residence located in Springfield, Greene County, Missouri, which was a package, mail or article contained therein that had been stolen, taken, embezzled and abstracted from a mail receptacle within the United States Post Office located at 1442 South Glenstone, Springfield, Missouri, within the Western District of Missouri, which was an authorized depository for mail matter, knowing that said package to have been stolen, taken, embezzled and abstracted from an authorized depository for mail matter, all in violation of Title 18, United States Code, Section 1708.

## FORFEITURE ALLEGATION

1. The allegations of Counts 1 and 2 in this Information are hereby repeated and re-alleged as if fully set forth herein for the purpose of alleging forfeiture to the United States pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461.

2. Upon conviction of Counts 1 and 2 of this Information, the United States intends to pursue forfeiture of all property, real and personal, of defendant **ZACHARY M. WALKER**, obtained, directly or indirectly, as a result of the violations of law set out in Counts 1 and 2 of this Information and which constitutes, is derived from, and is traceable to the proceeds obtained directly or indirectly from the criminal conduct alleged in Counts 1 and 2.

3. Specifically subject to forfeiture is a monetary judgment that constitutes the sum of the aggregate proceeds of the theft of United States property that defendant **ZACHARY M.**

**WALKER** stole during the commission of Counts 1 and 2 of the Information in the amount of no more than $13,268.90.

    4.    If any of the property described in the above paragraph, as a result of any act or omission of the defendant,

        (A)    cannot be located upon the exercise of due diligence;

        (B)    has been transferred to, sold to, or deposited with a third person;

        (C)    has been placed beyond the jurisdiction of the Court;

        (D)    has been substantially diminished in value; and/or

        (E)    has been commingled with other property that cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), which is incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the property described in paragraph 3 above, or elsewhere, as being subject to forfeiture.

Respectfully submitted,

JEFFREY P. RAY
Acting United States Attorney

*/s/ Patrick Carney*
PATRICK A. N. CARNEY
Assistant United States Attorney

DATED: 5/13/2025
Springfield, Missouri